IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

                Plaintiff,                    22cv0936
                                                  LEAD CASE

                    v.

BLENDJET INC.,

                Defendant.

---

BLAIR DOUGLASS,

                Plaintiff,                    22cv0941
                                                  MEMBER CASE

                    v.

EC DESIGN LLC,

                Defendant.

---

BLAIR DOUGLASS,

                Plaintiff,                    22cv0942
                                                  MEMBER CASE

                    v.

MANSUR GAVRIEL LLC,

                Defendant.

---

BLAIR DOUGLASS,

                Plaintiff,                    22cv0945
                                                  MEMBER CASE

                    v.

METABOLIC MEALS, LLC,

                Defendant.

BLAIR DOUGLASS,

           Plaintiff,                           22cv0949
                                                    MEMBER CASE

                v.

JWU LLC,

           Defendant.

---

BLAIR DOUGLASS,

           Plaintiff,                           22cv0950
                                                    MEMBER CASE

                v.

ZWILLING J.A. HENCKELS, LLC,

           Defendant.

---

BLAIR DOUGLASS,

           Plaintiff,                           22cv0955
                                                    MEMBER CASE

                v.

KITSCH, LLC,

           Defendant.

---

BLAIR DOUGLASS,

           Plaintiff,                           22cv0956
                                                    MEMBER CASE

                v.

NILI LOTAN, INC,

           Defendant.

BLAIR DOUGLASS,

       Plaintiff,           22cv0957
                                      MEMBER CASE
          v.

CARBON 38, INC.,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,           22cv0964
                                      MEMBER CASE
          v.

FRAME LA BRANDS, LLC,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,           22cv0966
                                      MEMBER CASE
          v.

THE CALDREA COMPANY,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,            22cv0967
                                      MEMBER CASE
           v.

360SWEATER COMPANY, LLC,

       Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                    22cv0977

                                              MEMBER CASE

                  v.

LOOPY CASES LLC,

            Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                    22cv0978

                                              MEMBER CASE

                  v.

AUTHENTIC BRANDS GROUP LLC,

            Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                    22cv0979

                                              MEMBER CASE

                  v.

BLU DOT DESIGN & MANUFACTURING,
INC.,

            Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                    22cv0982

                                              MEMBER CASE

                  v.

MOTHER LLC,

            Defendant.

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0983
                                                                MEMBER CASE

                        v.

MARC FISHER LLC,

                    Defendant.

---

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0984
                                                                 MEMBER CASE

                        v.

SCOSCHE INDUSTRIES, INC.,

                    Defendant.

---

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0985
                                                              MEMBER CASE

                        v.

SUMMER CLASSICS, INC,

                    Defendant.

---

BLAIR DOUGLASS,

                    Plaintiff,                              22cv0986
                                                              MEMBER CASE

                        v.

C.C. FILSON CO.,

                    Defendant.

ORDER OF CONSOLIDATION

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 22-941, 22-942, 22-945, 22-949, 22-950, 22-955, 22-956, 22-

257, 22-964, 22-966, 22-967, 22-977, 22-978, 22-979, 22-982, 22-983, 22-984,

22-985, and 22-986 are hereby consolidated with **Civil Action No. 2:22-cv-936**,

the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil**

**Action No. 2: 22-cv-936.**

3.      The Clerk of Court shall **close** Civil Action Nos. 22-941, 22-942, 22-945, 22-949,

22-950, 22-955, 22-956, 22-257, 22-964, 22-966, 22-967, 22-977, 22-978, 22-

979, 22-982, 22-983, 22-984, 22-985, and 22-986.

**SO ORDERED** this 15th day of July, 2022.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge